IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 17-po-46 |
| v. | ) |
| | ) |
| RYAN BANE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This matter having come before the Court on the government's motion to dismiss the above case; and the Court having considered the premises, it is hereby

ORDERED that the United States' motion is hereby GRANTED; it is further

ORDERED that the case is hereby DISMISSED.

Dated: 11/25/17

_____
RUTH MILLER
U.S. MAGISTRATE JUDGE